**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Phillip Rachels, Appellant.

Appellate Case No. 2012-209831

———————

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-191
Submitted April 1, 2013 – Filed May 15, 2013

———————

**APPEAL DISMISSED**

———————

Appellate Defender Susan Barber Hackett, of Columbia;
and Phillip Rachels, pro se, for Appellant.

Tommy Evans, Jr., of the South Carolina Department of
Probation, Parole and Pardon Services, of Columbia, for
Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and
review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to
be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.